No. 10–10072. ARFLACK *v.* HENDERSON COUNTY, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10074. MENCY *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–10076. LYNCH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10077. LAVERGNE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–10085. WILKERSON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–10087. WILLIAMS *v.* SUMMIT COUNTY AUDITOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10088. WHITLEY *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–10094. BELL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–10095. FIGURA TORREFRANCA *v.* HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL.; and FIGURA TORREFRANCA *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10097. YARBROUGH *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10117. SIMS *v.* DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10119. ROEUTH *v.* FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–10151. MCCARTNEY *v.* RYLAND ET AL. Sup. Ct. La. Certiorari denied.

No. 10–10208. TENG VANG *v.* POLLARD, WARDEN. C. A. 7th Cir. Certiorari denied.